No. 536. WISS *v.* BOOTH FISHERIES CO.

March 3, 1930. Dismissed with costs pursuant to Rule 12. *Mr. Arthur I. Moulton* for appellant. No appearance for appellee.

No. 605. SKINNER & EDDY CORP. *v.* UNITED STATES.

March 17, 1930. Dismissed on motion of *Mr. Louis Titus* for the petitioner. *Messrs. George Donworth, Livingston B. Stedman,* and *Charles K. Poe* also appeared for petitioner. No appearance for the United States.

No. 607. KESTIAN ET AL. *v.* ILLINOIS.

March 17, 1930. Dismissed with costs pursuant to Rule 12. *Mr. F. L. Barnett* for plaintiffs in error. No appearance for defendant in error.

No. 426. GOTTLIEB. *v.* MAHONING VALLEY SANITARY DISTRICT ET AL.

April 14, 1930. Dismissed with costs on motion of *Messrs. Luther Day, William L. Day,* and *W. J. Kenealy* for appellant. *Messrs. James E. Bennett, Oscar E. Diser, Charles M. Wilkins, Paul Z. Hodge, Carl Armstrong, Newton D. Baker,* and *Carmi Thompson* for appellees.